F F. BRADWAY v. L. G. CLIPPER.

(No. 2441, R. Book No. 4, p. 269.)

APPEAL from Milam County.    Opinion by HURT, J.

§ 306. *Motion to dismiss appeal in county court.*    On appeal from justice's to county court, where a motion to dismiss was made upon the following grounds: 1. Because the bond misdescribes the judgment. 2. The bond has but one surety, who was also a principal in the judg-

ment appealed from. 3. The transcript and original papers were not filed in the county court within the proper time,— which motion was overruled, *held* error, the record sustaining the truth of each ground of the motion. [Art. 1639, Rev. Stats.; McGarrah v. Burney, 4 Tex. 287; Hollis v. Border, 10 Tex. 278; Smith v. Cheatham, 12 Tex. 37; Horton v. Bodine, 10 Tex. 280; Burch v. Corp. of Bastrop, 38 Tex. 80; Scranton v. Bell, 35 Tex. 413; Rev. Stats. art. 1641.]

October 4, 1882.          Reversed and dismissed.